NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REMBRANDT VISION TECHNOLOGIES, L.P.,**
*Plaintiff-Appellant*

**v.**

**JOHNSON & JOHNSON VISION CARE, INC.,**
*Defendant-Appellee*

---

2018-1015

---

Appeal from the United States District Court for the Middle District of Florida in No. 3:11-cv-00819-TJC-JRK, Judge Timothy J. Corrigan.

---

**JUDGMENT**

---

THOMAS M. MELSHEIMER, Winston & Strawn, Dallas, TX, argued for plaintiff-appellant. Also represented by JOHN A. DEVAULT, III, MICHAEL EDWARD LOCKAMY, JOHN GABRIEL WOODLEE, Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., Jacksonville, FL; GREGORY R. BOOKER, Fish & Richardson P.C., Wilmington, DE; JOHN STEPHEN GOETZ, New York, NY.

GREGORY DISKANT, Patterson Belknap Webb & Tyler LLP, New York, NY, argued for defendant-appellee. Also

represented by EUGENE M. GELERNTER, CLINTON MORRISON; CHARLES DAVISON HOFFMANN, SEAN REEVES MARSHALL, Hoffmann Marshall Strong LLP, New York, NY; TIMOTHY JOSEPH BARRON, SR., Jenner & Block LLP, Chicago, IL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 8, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |